# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Kevin Jones,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                   3:12cv227

Labcorp, George Maha,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/20/12 Order.

Signed: April 20, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court